# Order

Michigan Supreme Court
Lansing, Michigan

October 29, 2007

134656

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DESMONE RICARDO STINSON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134656
COA: 278359
Chippewa CC: 06-008197-FH

_____/

      On order of the Court, the application for leave to appeal the June 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

_____
Clerk

11022